[Nos. 12853-1-I; 13447-7-I.   Division One.   April 23, 1984.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM
E. PAXTON, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 82-1-00558-9, Gerald L. Knight, J., entered February 7, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Ringold, JJ.

[No. 13648-8-I.   Division One.   April 23, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE
WAMPLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00022-8, Daniel T. Kershner, J., entered September 20, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Andersen, J.

[No. 10644-9-I.   Division One.   April 23, 1984.]

GLOBE BUILDING, *Appellant*, v. MAXINE M. TUERK,
*Respondent*.

FAIRWOOD ASSOCIATES, *Appellant*, v. MAXINE
M. TUERK, *Respondent*.

MAXINE M. TUERK, *Respondent*, v. ROGER SORTINO,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 858542, Frank H. Roberts, Jr., J., entered August 4, 1981. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Corbett, A.C.J., and Callow, J.